# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

**KATHLEEN SWINDELL; CELINE A. OLSEN;
CLARE LOIACONO; and SHAWN HARDWICK**

                V.                CASE NUMBER: 1:03-CV-770(NPM/DRH)

**ERIC RODERICK; et al.**

[ ]      **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[XX]    **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of Defendants against Plaintiffs pursuant to the Memorandum-Decision and Order of the Hon. Neal P. McCurn dated May 2, 2005, and all prior decisions in this action.

DATED:    May 3, 2005

                                              Clerk of Court

LKB:lmp